UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE C. ROSS, III and HANIFA ROSS, <br><br>Plaintiffs, <br><br>vs. <br><br>JOEL TRAVIS PENDLETON and SHERRY PENDLETON, <br><br>Defendants. | Case No.: **2:18-cv-00641-JAM-DB** <br><br>ORDER FOR VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) |

**IT IS HEREBY ORDERED** that Defendant, SHERRY LADEROUTE, sued, served and named as Sherry Pendleton, is voluntarily dismissed, without prejudice as to all claims and all causes of action pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED**

Dated: 7/9/2019

/s/ John A. Mendez
Judge, U. S. District Court

1