# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE C. ROSS, III and
HANIFA ROSS,

       Plaintiffs,

       vs.

JOEL TRAVIS PENDLETON and
SHERRY PENDLETON,

       Defendants.

Case No.: **2:18-cv-00641-JAM-DB**

ORDER FOR VOLUNTARY
DISMISSAL PURSUANT TO F.R.C.P.
41(a)(1)(A)(ii)

**IT IS HEREBY ORDERED** that Plaintiffs fourth claim for Intentional Infliction of Emotional Distress, is voluntarily dismissed, without prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED**

Dated: August 1, 2019

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge