Colleen F. Van Egmond, SBN 242220
Amanda J. Heitlinger, SBN 271469
ARATA, SWINGLE, VAN EGMOND & HEITLINGER
A Professional Law Corporation
1207 I Street (95354)
Post Office Box 3287
Modesto, California 95353
Telephone: (209) 522-2211
Facsimile: (209) 522-2980

Attorneys for Defendant:
JOEL TRAVIS PENDLETON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE C. ROSS, III and HANIFA ROSS | Case No.: 2:18-cv-00641-JAM-DB |
| Plaintiffs, | |
| vs. | **ORDER FOR DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |
| JOEL TRAVIS PENDLETON and SHERRY PENDLETON | Honorable John A. Mendez United States District Judge |
| Defendants. | |

Pursuant to the Stipulation of Dismissal, IT IS HEREBY ORDERED that the action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

DATED: 9/10/2019

/s/ John A. Mendez_____
HONORABLE JOHN A. MENDEZ
United States District Court Judge

-1-
Order for Dismissal